IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-02350-LTB-MJW

PAULETTE GOMEZ,

Plaintiff,

v.

KING SOOPERS, INC.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Defendant's Motion to Compel Rule 35 Examination (docket no. 33) is **GRANTED.** Plaintiff has failed to file any response to this motion and therefore this court deems the motion confessed.  Moreover, the Plaintiff has placed her physical and mental condition at issue in this case based upon the pleadings, and Defendant has demonstrated good cause for a Rule 35 examination.  Therefore, pursuant to Fed. R. Civ. P. 35, Evenson v. The Dillion Companies, Inc., Civil Action No. 00-CV-00792-EWN (D. Colo. Dec. 12, 2000) and Douris v. County of Bucks, 2000 WL 1358481, *2 (E.D. Pa. Sept. 21, 2000), a Rule 35 Examination should be ordered.  The Plaintiff shall undergo a vocational rehabilitation examination conducted by Judy Kay Lockwood, and the parties shall forthwith meet, confer, and clear a date and time for such examination.  The cost of such examination shall be paid by the Defendant.

It is **FURTHER ORDERED** that the Defendant's Motion to Compel (docket no. 31) is **GRANTED.**  Plaintiff has failed to file any response to this motion, and therefore this court deems the motion confessed.  The Plaintiff shall provide the documents identified in her discovery responses to Defendant, and Plaintiff shall sign the written releases for her workers' compensation records, medical records, psychotherapy records, employment records, records from prospective employers, and academic records and provide such executed releases to Defendant on or before October 11, 2005.

Date:  September 30, 2005