### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  00-cv-02350-LTB-MJW

PAULETTE GOMEZ,

      Plaintiff,

v.

KING SOOPERS, INC.,

      Defendant.

_____

**ORDER**
_____

This case is before me on the recommendation of Magistrate Judge Michael J. Watanabe issued and served on October 13, 2005.  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

    ORDERED that this action is DISMISSED.

                              BY THE COURT:


                                   s/Lewis T. Babcock
                                  Lewis T. Babcock, Chief Judge

DATED: January 10, 2006