**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  00-cv-02350-LTB-MJW

PAULETTE GOMEZ,

       Plaintiff,

v.

KING SOOPERS INC.,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      Plaintiff's Unopposed Motion for Leave to File a Reply to Defendant's Reply in Support of Motion for Attorneys' and Expert's Fees (Doc 69 - filed March 3, 2006) is **GRANTED**.  The tendered Reply is accepted for filing.


Dated:  March 6, 2006
_____