**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  00-cv-02350-LTB-MJW

PAULETTE GOMEZ,

      Plaintiff,

v.

KING SOOPERS INC.,

      Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Defendant's Unopposed Motion for Stay on Defendant's Motion for Attorneys' and Expert's Fees (Doc 72 - filed March 6, 2006) is **GRANTED up to and including March 20, 2006**.

Dated:  March 8, 2006
_____